FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 16, 2017

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ALEX MARTINEZ,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>GENERAL DYNAMICS OTS (AEROSPACE) INC, a Washington Corporation,<br><br>　　　　　　　　Defendant. | No.   2:17-CV-0075-SMJ<br><br>**ORDER GRANTING STIPULATED MOTION FOR REMAND TO STATE COURT AND CLOSING CASE** |

Before the Court, without oral argument, is the parties' Stipulated Motion for Remand to State Court, ECF No. 7. Through this motion the parties jointly seek a court order remanding this case to the Superior Court of the State of Washington, in and for the County of Grant, case number 17-2-00012-1, because this Court does not have subject-matter jurisdiction in this matter. *Id.* at 1. Having reviewed the pleadings and the file in this matter, the Court is fully informed and grants the motion.

Accordingly, **IT IS HEREBY ORDERED**:

1.   The parties' Stipulated Motion for Remand to State Court, **ECF No. 7**, is **GRANTED**.

ORDER **-** 1

2. All parties shall bear their own costs and attorneys' fees.

3. All pending motions are **DENIED AS MOOT.**

4. All hearings and other deadlines are **STRICKEN.**

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of March 2017.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER **-** 2